IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br> v. <br><br> 2010 Jeep Liberty, <br> VIN: 1J4PN2GK5AW135762, <br><br> Real Property Located at 13635 Oak Street, Building A, Unit A-2, Kansas City, Missouri, <br><br> Real Property Located at 13635 Oak Street, Building A, Unit A-6, Kansas City, Missouri, <br><br> Real Property Located at 13635 Oak Street, Building B, Unit B-8, Kansas City, Missouri, <br><br> 2006 Ford GT, <br> VIN: 1FAFP90S26Y400167, <br><br> 2014 Chevrolet Corvette Stingray Coupe, VIN: 1G1YL2D71E5300064, <br><br> 1997 Ferrari F355 Challenge Racing Car, <br> VIN: ZFFXR41A6V0107954, <br><br> 2014 Honda Rancher All-Terrain Vehicle (ATV), <br> VIN: 1HFTE354XD4604932, <br><br> 2014 Haulmark Edge Pro 28 Foot Trailer, VIN: 575GB2820ET256073, <br><br> 2009 Ferrari F-430 Scuderia, <br> VIN: ZFFKW64A790167239, | **Case No. 15-00931-CV-W-DGK** |

2014 Ducati 1199R Panigale
Motorcycle, VIN:
ZDM14BPWXEB015197,

2009 Mosler MT900S,
VIN: 1M94136B69C682031,

2015 GMC Sierra 3500 Pickup,
VIN: 1GT424E81FF147029,

2002 Ducati 998S Bostrom Motorcyle,
VIN: ZDM1SB5V62B015189,

2005 Ducati Superbike 999R Biposto,
VIN: ZDM1UB5W65B013336,

2012 Ducati 1199 Panigale Motorcycle,
VIN: ZDM14BPW2CB005325,

2015 Vespa Primavera,
VIN: ZAPM818GXF5101140,

2014 Aprilia RSV4 Factory APRC
Motorcycle,
VIN: ZD4RKUA23ES000082,

2014 Ducati Monster 696 Motorcycle,
VIN: ZDM1RADN7EB076997,

2010 Ducati 1198S Corse Special
Edition Motorcyle,
VIN: ZDM1XBLW8AB027243,

2012 Eric Buell 1190RS Motorcycle,
VIN: 546AAAG28CE000026,

2014 Ducati 1199 Superbike Panigale
SL Motorcyle,
VIN: ZDM14BVW4EB019944,

2014 Ford Mustang Cobra Jet,
VIN: FR500CJ5046,

2

2015 BMW M4 Coupe Convertible,
VIN: WBS3U9C52FJ968514,

2008 Ducati Desmosedici Motorcycle,
VIN: ZDM1ZDFWX8B000895,

2015 Ducati 899 Panigale Motorcycle,
VIN: ZDM14BUW5FB023732,

2015 Jeep Wrangler Unlimited Rubicon
4x4, VIN: 1C4BJWFG0FL630668,

2012 McLaren MP-12C,
VIN: SBM11AAA0CW001754,

2015 BMW X-6M, Sport Utility Vehicle,
VIN: 5YMKW8C56F0G93690,

2015 Jeep Wrangler Unlimited
Rubicon, VIN: 1C4HJWFG2FL636045,

2007 Ducati 1098S Tricolore MOCLE
Motorcycle,
VIN: ZDM1XBEW07B003606,

2015 Ducati Monster 821 Stripe
Motorcycle,
VIN: ZDM1RBTS4FB013547,

2015 Ducati Monster 1200S Stripe
Motorcycle,
VIN: ZDM1RBSW7FB013434,

2015 Porsche 991S,
VIN: WP0AB2A9XFS125205,

Benpak Storage Lift for Cars,

Ten Pieces of Jewelry,

Craftsman Tool Box,

3

Miscellaneous Tools,

Craftsman Professional 150 PSI Max 27 Gallon Air Compressor,

Miscellaneous Metal and Neon Specialty Signs,

Signed Collector T-Shirt and Three Gold Coins in Frame,

Miscellaneous Car Parts,

Two Lift Master Garage Door Openers,

Connelly Carbon Ski with Two Boots,

and

Sentry Safe,
Serial Number: AE2660375,

     Defendants.

# O R D E R

On November 25, 2015, a verified Complaint for Forfeiture in Rem was filed on behalf of the plaintiff, United States of America, against the defendant properties. The complaint alleges that the defendant properties were involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956 or 1957 or are properties traceable to such property. This action was also brought pursuant to 18 U.S.C. § 981(a)(1)(C), alleging the properties constitute or were derived from proceeds traceable to an offense constituting "specified unlawful activity" as defined at 18 U.S.C.§ 1956(c)(7), or a conspiracy to commit such offense, with such offenses including violations of 18 U.S.C. § 513 (securities fraud), 18 U.S.C. § 1341 (mail fraud),

4

18 U.S.C. § 1343 (wire fraud), and 18 U.S.C. § 1344 (bank fraud).

Process was fully issued in this action and returned according to law. Pursuant to the warrants for arrest of property issued by this Court, the defendant properties were arrested on February 3, 2016, and February 4, 2016.

The following known potential claimants were served with Notice of Complaint and Complaint for Forfeiture In Rem and have acknowledged service thereof—

    Thomas Hauk

    U.S. Bank, NA

    BMW Bank of North America

    Citizen Bank

    Christine Hauk

    Shelia Hauk-Measley

    Tiffany Buckley

Any and all other potential claimants have been notified of the action and of their rights to assert a claim for the defendant properties by publication for thirty consecutive days beginning on December 1, 2015, and ending on December 30, 2015, on the official government internet site, www.forfeiture.gov, which publication is evidenced by a Declaration of Publication on file with this Court.

The United States and the claimant Christine Hauk entered into a stipulation, which is hereby APPROVED as submitted. Pursuant to the stipulation, the claimant agrees to pay to the United States $3,474.00 in United States currency in lieu of the 2010 Jeep Liberty, VIN:

1J4PN2GK5AW135762, and agreed to the forfeiture of the $3,474.00.

The United States and claimant Shelia Hauk-Measley entered into a stipulation, which is hereby APPROVED as submitted. Pursuant to the stipulation, the claimant agrees to pay to the United States $25,393.11 in lieu of the 2015 Jeep Wrangler Unlimited 4x4, VIN: 1C4BJWFG0FL630668, and agreed to the forfeiture of the $25,393.11.

The United States and claimant U.S. Bank National Association entered into a stipulation, which is hereby APPROVED as submitted. Pursuant to the stipulation, the United States agrees that pursuant to a judgment of forfeiture of the 2015 Porsche 991S, VIN: WP0AB2A9XFS125205, by the Court, it will pay claimant U.S. Bank the unpaid principle of $53,304.90 owed as of January 12, 2016, and $488.93 in unpaid interest as of January 12, 2016, and $4.35 per diem until the date of payment.

The United States and claimant BMW Bank of North America (BMW) entered into a stipulation, which is hereby APPROVED as submitted. Pursuant to the stipulation, the United States agrees that pursuant to a forfeiture of the 2015 BMW X-6M, Sport Utility Vehicle, VIN: 5YMKW8C56F0G93690, by the Court, it will pay claimant BMW the unpaid principle amount of $59,534.06 owed as of January 16, 2016, and $145.33 in unpaid interest as of January 16, 2016, and $1.47 per diem until the date of payment.

No other claims for the defendant properties have been filed and the time within which such claims must have been filed has expired.

ORDERED --

1. that plaintiff's motion for judgment of forfeiture is granted, and the following defendant properties are hereby forfeited to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C) to be disposed of according to law:

$3,474.00 in United States currency;

$25,393.11 in United States currency;
2015 Porsche 991S, VIN: WP0AB2A9XFS125205; and

2015 BMW X-6M, Sport Utility Vehicle, VIN: 5YMKW8C56F0G93690;

2. that a default judgment of forfeiture is hereby entered against the following defendant properties and they are hereby forfeited to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C) and shall be disposed of according to law:

Real Property Located at 13635 Oak Street, Building A, Unit A-2, Kansas City, Missouri, more fully described as Building A, Unit A-2, KC Condo Garages, a condominium subdivision in Kansas City, Jackson County, Missouri together with the interest in the Comment Elements as set forth in the Declaration of condominium recorded as Document No. 2008E0089451 as Amended and Restated in Document No. 2008E0095994;

Real Property Located at 13635 Oak Street, Building A, Unit A-6, Kansas City, Missouri, more fully described as Building A, Unit A-6, KC Condo Garages, a condominium subdivision in Kansas City, Jackson County, Missouri, together with the interest in the Comment Elements as set forth in the Declaration of condominium recorded as Document No. 2008E0089451 as Amended and restated in Document No. 2008E0095994;

Real Property Located at 13635 Oak Street, Building B, Unit B-8, Kansas City, Missouri, more fully described as Building B, Unit B-8 KC Condo Garages a condominium subdivision in

Kansas City, Jackson County, Missouri together with the interest in the Comment Elements as set forth in the Declaration of condominium as recorded as Document No. 2008E0089451 as amended and restated in Document No. 2008E0095994;

2006 Ford GT, VIN: 1FAFP90S26Y400167;

2014 Chevrolet Corvette Stingray Coupe, VIN: 1G1YL2D71E5300064;

1997 Ferrari F355 Challenge Racing Car, VIN: ZFFXR41A6V0107954;

2014 Honda Rancher All-Terrain Vehicle (ATV) VIN: 1HFTE354XD4604932;

2014 Haulmark Edge Pro 28 Foot Trailer, VIN: 575GB2820ET256073;

2009 Ferrari F-430 Scuderia, VIN: ZFFKW64A790167239;

2014 Ducati 1199R Panigale Motorcycle, VIN: ZDM14BPWXEB015197;

2009 Mosler MT900S, VIN: 1M94136B69C682031;

2015 GMC Sierra 3500 Pickup, VIN: 1GT424E81FF147029;

2002 Ducati 998S Bostrom Motorcyle, VIN: ZDM1SB5V62B015189;

2005 Ducati Superbike 999R Biposto, VIN: ZDM1UB5W65B013336;

2012 Ducati 1199 Panigale Motorcycle, VIN: ZDM14BPW2CB005325;

2015 Vespa Primavera, VIN: ZAPM818GXF5101140;

2014 Aprilia RSV4 Factory APRC Motorcycle, VIN: ZD4RKUA23ES000082;

8

2014 Ducati Monster 696 Motorcycle, VIN: ZDM1RADN7EB076997;

2010 Ducati 1198S Corse Special Edition Motorcycle, VIN: ZDM1XBLW8AB027243;

2012 Eric Buell 1190RS Motorcycle, VIN: 546AAAG28CE000026;

2014 Ducati 1199 Superbike Panigale SL Motorcyle, VIN: ZDM14BVW4EB019944;

2014 Ford Mustang Cobra Jet, VIN: FR500CJ5046;

2015 BMW M4 Coupe Convertible, VIN: WBS3U9C52FJ968514;

2008 Ducati Desmosedici Motorcycle, VIN: ZDM1ZDFWX8B000895;

2015 Ducati 899 Panigale Motorcycle, VIN: ZDM14BUW5FB023732;

2012 McLaren MP-12C, VIN: SBM11AAA0CW001754;

2015 Jeep Wrangler Unlimited Rubicon, VIN: 1C4HJWFG2FL636045;

2007 Ducati 1098S Tricolore MOCLE Motorcycle, VIN: ZDM1XBEW07B003606;

2015 Ducati Monster 821 Stripe Motorcycle, VIN: ZDM1RBTS4FB013547;

2015 Ducati Monster 1200S Stripe Motorcycle, VIN: ZDM1RBSW7FB013434;

Benpak Storage Lift for Cars;

Ten Pieces of Jewelry;

Craftsman Tool Box;

Miscellaneous Tools;

Craftsman Professional 150 PSI Max 27 Gallon Air Compressor;

Miscellaneous Metal and Neon Specialty Signs;

Signed Collector T-Shirt and Three Gold Coins in Frame;

Miscellaneous Car Parts;

Two Lift Master Garage Door Openers;

Connelly Carbon Ski with Two Boots; and

Sentry Safe, Serial Number: AE2660375;

3. that specifically Thomas M. Hauk has defaulted on any claims or interest he may have against the above-listed defendant properties and any interested is now extinguished;

4. that all persons claiming any right, title, or interest in or to the above-listed defendant properties are held in default;

5. that all claims and interests in the defendant properties, except as provided herein, are forever foreclosed and barred;

6. that each party will bear their own costs;

7. that the Clerk of the Court shall enter a judgment consistent with this Order.

SO ORDERED, this    10th    day of  February            , 2016.

                                               /s/ Greg Kays
                                            GREG KAYS, CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT